**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NATHAN OLSEN, | ) | Case No. 1:26-cv-1413 |
| | ) | |
| Petitioner, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Jennifer Dowdell Armstrong |
| BRIAN BAKER, Warden, | ) | |
| | ) | |
| Respondent, | ) | |
| | ) | |

**ORDER**

On recommendation of the Magistrate Judge, without objection from any party, and based on its independent review of the record, the Court **ADOPTS** the report and recommendation (ECF No. 11). Therefore, the Court **STAYS** the petition and holds it in abeyance, **DENIES** Petitioner's motion for judicial notice, and **ORDERS** Petitioner to file a motion to lift the stay within 30 days of the final resolution of his post-conviction proceedings in the State courts.

**SO ORDERED.**

Dated: September 11, 2026

J. Philip Calabrese
United States District Judge
Northern District of Ohio